UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action 13-CV-1132 |
| v. | ) ) | |
| NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION NATIONAL MARINE FISHERIES SERVICE | ) ) ) ) ) | |
| Defendant. | ) | |

## AFFIDAVIT OF SERVICE

I, Lawrence Ferris, hereby declare that on July 25, 2013, I hand delivered a copy of the summons and complaint to the U.S. Attorney for the District of Columbia. Attached hereto is a copy of the summons stamped received.

_____
Lawrence Ferris
Public Employees for Environmental Responsibility
2000 P St. NW, Suite 240
Washington DC 20036
(202) 265-7337

Case 1:13-cv-01132-CKK   Document 5   Filed 08/19/13   Page 2 of 2
Case 1:13-cv-01132-CKK   Document 2-1   Filed 07/25/13   Page 1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
District of Columbia

2013 JUL 25 PM 3:43

Public Employees for Environmental Responsibility

*Plaintiff(s)*

v.   Civil Action No. as 13-1132 (CKK)

National Oceanic and Atmospheric Administration,
National Marine Fisheries Service

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
United States Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 30 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kathryn Douglass
Public Employees for Environmental Responsibility
2000 P St. NW, Suite 240
Washington, DC 20036
(202) 265-7337

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/25/2013

/s/ Sherryl Horn

*Signature of Clerk or Deputy Clerk*