UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Public Employees for Environmental Responsibility,<br><br>           Plaintiff,<br><br>    v.<br><br>National Oceanic and Atmospheric Administration, National Marine Fisheries Service<br><br>           Defendant. | Civil Action No: 13-1132 (CKK) |

## **STIPULATION OF SETTLEMENTAND DISMISSAL**

The parties, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) hereby stipulate and agree as follows:

    1.    The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

    2.    Defendant shall pay plaintiff a lump sum of Two Thousand Dollars ($2,000.00) in attorneys' fees and costs in this matter.

    3.    Payment of the attorneys' fees and costs will be made by electronic funds transfer from Defendant to the bank account of Plaintiff, identified in writing by Plaintiff's counsel.

    4.    Plaintiff agrees to forever discharge, release, and withdraw any claims of access to records or portions of records sought in the Freedom of Information Act suit.

    5.    This Stipulation of Settlement shall represent full and complete satisfaction of all claims arising from the allegations set forth in the complaint filed in this action, including full and

complete satisfaction of all claims for costs and attorneys fees that have been, or could be, made in this case.  In particular, this Stipulation of Settlement shall include all claims for attorneys' fees and costs incurred in connection with the administrative Freedom of Information Act process, the District Court litigation process, and any other proceedings involving the claims raised in these actions.

6. This Stipulation of Settlement shall not constitute an admission of liability or fault on the part of the United States, its agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

7. This Stipulation of Settlement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

8. The parties agree that this Stipulation of Settlement will not be used as evidence or otherwise in any pending or future civil or administrative action against the United States, or any agency or instrumentality of the United States.

9. Execution of this Stipulation of Settlement by counsel for plaintiff and by counsel for defendant shall constitute a dismissal of this action with prejudice, effective upon filing of this stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

10. The court retains jurisdiction solely for the purpose of enforcing this agreement.

So Stipulated and Agreed:

| | |
|---|---|
| /s/   Paula Dinerstein | |
| PAULA DINERSTEIN | RONALD C. MACHEN Jr., D.C. Bar #447889 |
| Public Employees for | United States Attorney |
| Environmental Responsibility | |
| 2000 P St., N.W. Suite 240 | DANIEL F. VAN HORN, D.C. Bar # 924092 |
| Washington, D.C. 20036 | Civil Chief |
| 202-265-7337 (phone) | |
| 202-265-4192 (fax)         By: |   /s/ Rhonda C. Fields |
| pdinerstein@peer.org | RHONDA C. FIELDS |
| www.peer.org | Assistant United States Attorney |
| | Civil Division |
| | 555 Fourth Street, N.W |
| Counsel for Plaintiff | Washington, D.C.   20530 |
| | 202-252-2555 (phone) |
| | 202-252-2599 (fax) |
| | rhonda.fields@usdoj.gov |
| | |
| | Counsel for Defendants |